# United States District Court

## EASTERN DISTRICT OF WISCONSIN

### JUDGMENT IN A CIVIL CASE

**RUFUS WEST,**

      Plaintiff

      v.                              CASE NUMBER: 03-C-658

**CHAPLAIN TODD OVERBO,**
**GERALD BERGE, BRADLEY HOMPE,**
**SANDRA GRONDIN, DENNIS WEEDEN,**
**LINDA HODDY-TRIPP, MICHAEL SNODGRASS,**
**CHAD LOMEN, SHARON PETERSON,**
**KEITH WEIGEL, GARY WETTER,**
**STEVEN CLEVEN, MATTHEW SCULLIO,**
**PHILLIP HENNEMAN, ROBERT SHANNON,**
**RICKIE GOVIER, CHRISTA McCORMICK,**
**MATTHEW J. FRANK, JON LITSCHER,**
**CINDY O'DONNELL, JEFFREY ENDICOTT,**
**DANIEL BERTRAND, TIME DOUMA,**
**DEAN FABRY, LESTER NEUMAN, and**
**JOHN and JANE DOE,**

      Defendants.

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  This action came before the Court.  The issues have heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that the defendants' motion for summary judgment is **GRANTED.**

| | |
|---|---|
| September 8, 2005 | SOFRON B. NEDILSKY |
| Date | Clerk |
| | Jacki L. Koll |
| | (By) Deputy Clerk |