# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

RUFUS WEST,
      Plaintiff

    v.              CASE NUMBER: 03-C-658

CHAPLAIN OVERBO, et al,
      Defendants

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court. The issues have heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the defendants' second motion for summary judgment (Docket # 91) is **granted.**

     **IT IS FURTHER ORDERED** that this action is **DISMISSED**.


    February 5, 2008               JON W. SANFILIPPO
Date                                               Clerk

                                                         s/ Rudolph T. Randa
                                                         (By) Deputy Clerk